IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAWN D, JONES,

    Plaintiff,

  v.

                                                        Case No. 17-cv-695-wmc

JON LITSCHER AND SUSAN FISHER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |